JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ROJAS GUZMAN, | Case No. CV 16-3059-JFW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RANDY L. TEWS, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 3, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE